IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHNNY COPELAND,

    Petitioner,

v.                                                       4:07cv106-WS

JAMES R. McDONOUGH,

    Respondent.

---

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 11, 2007. See Doc. 11. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed. The petitioner was granted an extension to time to file objections to the magistrate judge's report and recommendation, and he has since filed his objections (doc. 14).

Having carefully considered the record in light of the petitioner's objections, this court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's section 2254 petition for writ of habeas corpus (doc. 1) is hereby DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this _19th_ day of _November_, 2007.

WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE