IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY COPELAND,

        Petitioner,

v.                                                                      4:07cv106-WS

WALTER A. McNEIL, as
Secretary, Department of Corrections,
State of Florida,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed April 7, 2009.  See Doc. 35.  The magistrate judge recommends that the petitioner's Rule 60 motion for relief from judgment be denied.  The petitioner has filed objections (doc. 36) to the magistrate judge's report and recommendation.

      Upon review of the record, in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.  Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 35) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's motion for relief from judgment (doc. 34) is DENIED.

      3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>  4th  </u> day of <u>   May   </u>, 2009.

<u>s/ William Stafford                                        </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:06cv558-WS